

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00325-CV

———————————————

MICHELLE S. RAWLINGS, Appellant

V.

RONALD RAWLINGS, AARON MATTHEW RAWLINGS, AND RACHEL GRACE RAWLINGS, Appellees

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 22-7414-393

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Notice of Dismissal."  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  January 9, 2025